# ELECTRONIC RECORD

COA # 06-16-00161-CR          OFFENSE: 22.021

STYLE: Donald Harrell v. The State of Texas          COUNTY: Bowie

COA DISPOSITION: Reversed and Remanded          TRIAL COURT: 5th District Court

DATE: 7/6/2017          Publish: No          TC CASE #: 15F0778-005

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donald Harrell v. The State of Texas          CCA #: 915-17

_____ SPA'S _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____ Refused _____          JUDGE: _____

DATE: Nov 22, 2017          SIGNED: _____          PC: _____

JUDGE: PC          PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD